**SCHIAN WALKER, P.L.C.**
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445
CODY J. JESS. #025066
Attorneys for Roepstorff

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 0-10-bk-30231-RJH |
| THOR OLSEN, | CHAPTER 15 |
| Debtor. | **DECLARATION OF MICHALA ROEPSTORFF PURSUANT TO 11 U.S.C. § 1515 AND BANKRUTPCY RULE 1007(a)(4)** |

I, MICHALA ROEPSTORFF, declare as follows:

        1.      I am the duly-appointed Curator (trustee) in the bankruptcy case for Thor Olsen (the **"Debtor"**) filed in Holbæk, Denmark on April 20, 2010 (Case No. SKS 50-201/2010 og SKS 50-200/2010) (the **"Foreign Proceeding"**).

        2.      I have personal knowledge of the facts set forth herein and am competent to testify thereto.

        3.      The Debtor's habitual residence or "center of main interests" is Strandvejen 12, Gislnge, Denmark.

        4.      The Foreign Proceeding is the only insolvency proceeding of any kind pending for the Debtor of which I am aware and thus is the only known "foreign proceeding" with respect to the Debtor as that term is defined in § 101(23) of Title 11 of the United States Code.

        5.      Pursuant to 11 U.S.C. §§ 1515(b) and 1515(d), a certified copy of the order commencing the Foreign Proceeding and appointing me as the Curator, together with an English translation thereof, are attached hereto as **Exhibit "1."**

6. Pursuant to Bankruptcy Rule 1007(a)(4), I submit the following:

    i. The name and business address of the Curator is:

        Michala Roepstorff
        Plesner
        Amerika Plads 37
        2100 enhavn O, Denmark

    ii. Other than myself, I am not aware of any other administrator appointed in any foreign proceeding relating to the Debtor;

    iii. I am aware that the Debtor is a party to litigation currently pending in the United States in the Superior County of Arizona in and for the County of Mohave captioned *Thor Olsen and Susanne Olsen, husband and wife, vs. James Dolan and Hanne Dolan, husband and wife, February 14, Inc., and Arizona corporation, doing business as Campbell Cove 1-Stop; DOES 1-10; ABC Entities 1-10*, Case No. CV-2010-07138; and

    iv. Because, upon information and belief, the Debtor is disposing of and/or secreting away assets located in the District of Arizona, relief under 11 U.S.C. §§ 1519(a) and 1521(a) is being sought against the Debtor, Susanne Olsen, who (i) is the Debtor's wife, (ii) is also a debtor in Case No. SKS 50-201/2010 og SKS 50-200/2010 pending in Denmark, and (iii) against whom relief is being sought in this Court; and TSO Holding, ApS, that (i) is a company in which the Debtor has an interest, (ii) is also a debtor in Case No. SKS 50-199/2010 pending in Denmark, and (iii) is a company that relief is being sought against in this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this __15__ day of September, 2010.

                          _____
                          Michala Roepstorff

-2-

MICHALA ROEPSTORFF
ADVOKAT, ASSOCIERET PARTNER
**PLESNER ADVOKATFIRMA | LAW FIRM**
AMERIKA PLADS 37
DK-2100 COPENHAGEN
TEL: +45 33 12 11 33 - FAX: +45 33 12 00 14
EMAIL: MIR@PLESNER.COM

1  COPY of the foregoing sent
   via Certified Mail this 22nd
2  day of September, 2010, to:

3  Thor Olsen
   3209 Dolphin Drive
4  Lake Havasu City, Arizona  86403

5  and COPY mailed to:

6  United States Trustee
   230 North First Avenue, #204
7  Phoenix, Arizona  85003-1706

8  _____

9  143632.4

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-

**EXHIBIT "1"**

RETTEN I HOLBÆK



Advokat Michala Roepstorff
Plesner
Amerika Plads 37
2100 København Ø

Skifteretten
Smedelundsgade 16
4300 Holbæk
Telefon 59458050
Telefax 59458059
Åbningstid: man-fre 8.30-
15.00
Bank 0216 4069134262
SE 29 20 69 10
www.domstol.dk/holbaek
skifte.holbaek@domstol.dk

## Curator Certificate

30. juni 2010

Sagsnr.      SKS 50-201/2010 og SKS 50-200/2010
Deres J.nr.  70056781/MIR/TIM

This is to certify, that

Attorney, Michala Roepstorff, Plesner, Americo Plads 37, 2100 København Ø, Denmark

is curator in

the bankrupcy concerning Thor Olsen, Strandvejen 12, 4532 Gislinge, Denmark.

Sincerely

Iben Fuglsang Svendsen
Judge
Probate Court of Holbæk

# RETTEN I HOLBÆK



Advokat Michala Roepstorff
Plesner
Amerika Plads 37
2100 København Ø

Skifteretten
Smedelundsgade 16
4300 Holbæk
Telefon 59458050
Telefax 59458059
Åbningstid: man-fre 8.30-
15.00
Bank 0216 4069134262
SE 29 20 69 10
www.domstol.dk/holbaek
skifte.holbaek@domstol.dk

**Kuratorattest**                                    28. juni 2010

Sagsnr.     SKS 50-200/2010 og SKS 50-201/2010
Deres J.nr.   70056781/MIR/TIM

Det attesteres herved, at

advokat Michala Roepstorff, Plesner, Amerika Plads 37, 2100 København Ø

er kurator i

konkursboet Thor Olsen, Strandvejen 12, 4532 Gislinge.

Iben Fuglsang Svendsen
Dommerfuldmægtig

STD0141798-S04-ST02-K3-1.01-T1-L05-M01-703-\K14

# DECLARATION OF MARGIT MØLGAARD BØJSTRUP,
## CERTIFIED COURT TRANSLATOR

I, Margit Mølgaard Bøjstrup, declare as follows:

1.     I am over the age of eighteen years and not a party to this proceeding.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct.   If called as a witness, I could and would competently testify under oath as follows:

2.     I am a certified Court Interpreter and Translator of Danish, Norwegian and Swedish. I received my certification from the Judicial Council of the State of California in 2001 (State Identification No. 700262).

3.     I am fluent in Danish and English.

4.     On August 3, 2010, I was retained by the Law Office of Malte L. L. Farnaes, a Professional Corporation ("Farnaes"), to translate from Danish to English the following two documents:

    A) a Danish document titled:  "Konkursbegæring – Thor Olsen"; and

    B) a Danish court document titled: "Udskrift af retsbogen."
I received these documents and translated them as requested from Danish to English.

5.     A true and correct copy of the Danish document titled "Konkursbegæring – Thor Olsen" that I received from Farnaes is attached hereto as Exhibit A.  A true and correct copy of my translation of this document is attached as Exhibit B.  This translation is accurate and complete to the best of my ability and knowledge.

6.     A true and correct copy of the Danish document titled "Udskrift af retsbogen" that I received from Farnaes is attached hereto as Exhibit C.  A true and correct copy of my translation

of this document is attached as Exhibit D. This translation is accurate and complete to the best of my ability and knowledge.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 6TH day of August, 2010 at Escondido, California.

Margit Mølgaard Bøjstrup

CLAIMANT'S REQUEST FOR DOCUMENTS

# Exhibit A

Retten i Holbæk
Skifteretten
Smedelundsgade 16
4300 Holbæk

ADVOKATFIRMA
WWW.PLESNER.COM

AMERIKA PLADS 37
2100 KØBENHAVN Ø
TLF  +45 33 12 11 33
FAX  +45 33 12 00 14

MIR@PLESNER.COM
1937449V1

20. april 2010                                    70056782 MIR/TIM

**Konkursbegæring - Thor Olsen**

Som advokat for Skælskør Bank A/S, Ndr. Ringgade 70 C, 4200 Slagelse anmoder jeg herved Skifteretten om at tage Thor Olsen under konkursbehandling, idet skyldneren trods påkrav ikke har betalt min klients forfaldne tilgodehavende, stort kr. 29.681.592,29, jf. nærmere nedenfor.

Thor Olsen bor på adressen Strandvejen 12, 4532 Gislinge, CPR-nr. 140763-1303.

Min klients tilgodehavende vedrører dels lån ydet Thor Olsen, herunder i fællesskab med dennes ægtefælle Susanne Olsen, dels selvskyldnerkautionserklæringer påtaget for lån ydet den af Susanne Olsen drevne virksomhed Olsen Coorporation, og lån ydet TSO Holding ApS.

Det er oplyst, at Thor Olsen ejer aktiver, herunder kapitalinteresser i amerikansk virksomhed.

Min klients samlede fordring kan opgøres således:

| | | |
|---|---|---|
| Kreditaftale nr. 6150 2880000 pr. 18. marts 2010 | kr. | 2.771.465,61 |
| Kreditaftale nr. 6150 2876867 pr. 18. marts 2010 | kr. | 2.476.880,12 |
| Erhvervskontrakt nr. 6150 1274833 pr. 18. marts 2010 | kr. | 849.577,59 |
| Lån nr. 6150 1320552 pr. 18. marts 2010 | kr. | 1.018.056,21 |
| Lån nr. 6150 1666145 pr. 18. marts 2010 | kr. | 346.996,94 |
| Lån nr. 6150 1724217 pr. 18. marts 2010 | kr. | 1.913.872,58 |
| Kreditaftale nr. 6150 1618294 pr. 18. marts 2010 | kr. | 20.304.743,24 |
| I alt | kr. | 29.681.592,29 |

hvortil kommer renter m.v.

Kopi af låneaftalerne vedlægges som bilag 1-7. For så vidt angår TSO Holding ApS vedlægges som bilag 8 erklæring om selvskyldnerkaution for lån 6150 1618294.

Som bilag 9-11 vedlægges mine breve af 19. marts 2010 til Thor Olsen vedrørende ovenstående låneaftaler, jf. inkassolovens § 10.

Til dækning af gebyr vedlægges i check kr. 750.

Tidspunktet for konkursbegæringen behandling bedes venligst oplyst telefonisk.

Med venlig hilsen
Michala Roepstorff

Michala Roepstorff
advokat, associeret partner

# Exhibit B

Holbœk Court House
Bankruptcy Division
Smedelundsgade 16
4300 Holbœk

ATTORNEYS-AT-LAW
WWW.PLESNER.COM

AMERIKA PLADS 37
2100 KØBENHAVN Ø
TEL. +45 33 12 11 33
FAX +45 33 12 00 14

MIR@PLESNER.COM
1937449V1

APRIL 20TH, 2010                           · 70056782 MIR/TIM

## PETITION FOR BANKRUPTCY PROCEEDINGS – Mr. THOR OLSEN

As Council for Skœlskør Bank Corporation, Ndr. Ringgade 70 C, 4200 Slagelse, I hereby request the Bankruptcy Division to start the bankruptcy proceedings against Thor Olsen, as the debtor in spite of demand has not paid the debts due to my client, a total of DKK 29,681,592.29, as specified below.

Mr. Thor Olsen's address is Strandvejen 12, 4532 Gislinge; his civil registration no. is 140763-1303.

The amount due to my client partly concerns the loans granted to Mr. Thor Olsen, including the joint loans granted to his wife Mrs. Susanne Olsen, partly the loans granted to Mrs. Susanne Olsen for her business Olsen Corporation as well as loans granted to TSO Holding, Inc.

According to information received, Mr. Thor Olsen is the stockholder of an American business.

My client's accumulated claim can be calculated as follows:

Credit Agreement No. 6150 2880000
of March 18, 2010                    DKK      2,771,465.61
Credit Agreement No. 6150 2876867

1

| | | |
|---|---|---|
| Of March 18, 2010 | DKK | 2,476,880.12 |
| Business Contract No. 6150 1274833 | | |
| of March 18, 2010 | DKK | 849,577.59 |
| Loan No. 6150 1320552 | | |
| of March 18, 2010 | DKK | 1,018,056.21 |
| Loan No. 6150 1666145 | | |
| of March 18, 2010 | DKK | 346,996.94 |
| Loan No. 6150 1724217 | | |
| of March 18, 2010 | DKK | 1,913,872.58 |
| Credit Agreement No. 66150 1618294 | | |
| of March 18, 2010 | DKK | 20,304,743.24 |
| In All | DKK | 29,681,592.29 |

Plus interest, etc.

Copies of the loan agreements are attached as Exhibit 1 through 7. In regards to TSO Holding, Inc., please see the certificate regarding guarantee of Loan No. 6150 1618294 in Exhibit 8.

As Exhibit 9 through 11 I have attached copies of my letters of March 19th to Mr. Thor Olsen regarding the loan agreement above, according to Clause 10 of the Law Regarding Collection of Debts.

As payment for the bankruptcy filing I have attached a check in the amount of DKK 750.00.

Please notify me by telephone of the date and time of the bankruptcy proceedings.

Sincerely,

(signature)
Michala Roepstorff
Attorney-At-Law, Associated Partner

# Exhibit C

Exhibit C

RETTEN I HOLBÆK



**Udskrift af retsbogen**

Den 28. juni 2010 kl. 09:00 blev skifteretten sat af Dommerfuldmægtig Iben
Fuglsang Svendsen.

Der blev foretaget:
SKS 50-200/2010
SKS 50-201/2010.

Konkurssagen

Skælskør Bank A/S
Ringgade 70 C
4200 Slagelse

mod

Susanne Olsen
Strandvejen 12
4532 Gislinge

Thor Olsen
Strandvejen 12
4532 Gislinge

Ingen indkaldt eller mødt.

Sagens bilag var til stede.

Skælskør bank A/S skal straks stille sikkerhed for omkostningerne ved kon-
kursbehandlingen på 30.000 kr., der indbetales på kurators konto.

Der blev kl. 09:00 afsagt

**Kendelse**

Indkaldelse til møde den 23. juni 2010 er lovlig forkyndt i Statstidende for
Susanne og Thor Olsen, og de har ikke som telefonisk aftalt sendt
lægerklæring indeholdende oplysninger om, at de var forhindret i at møde i
retten den 23. juni 2010 eller angivet anden lovlig grund til at udeblive fra
mødet.

Da Susanne og Thor Olsens aktiver efter de foreliggende oplysninger er
overbehæftet, finder skifteretten endvidere, at insolvensbetingelserne er
opfyldt.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Derfor bestemmes

Susanne Olsen og Thor Olsen tages under konkursbehandling.

Som kurator udpegede skifteretten advokat Michala Roepstorff, Plesner, Amerika Plads 37, 2100 København Ø, j.nr. 70056781/MIR/TIM.

Skifteretten konstaterede, at betingelserne i konkurslovens § 238 er opfyldt, og at der er tegnet ansvarsforsikring af tilstrækkelig størrelse for kurators ansvar, jf. konkurslovens § 111, stk. 2.

Skifteretten fritog indtil videre kurator for at stille sikkerhed for boets tab, jf. konkurslovens § 111, stk. 1. Såfremt kurator bliver bekendt med, at hun vil få aktiver i sin besiddelse, skal hun straks rette henvendelse til skifteretten.

Da postspærring endvidere må anses at være af betydning for kurator,

blev der afsagt

Kendelse

Det må antages at være af betydning for boets behandling, at der etableres postspærring, jf. konkurslovens § 104 a, stk. 1, 1. pkt.

Derfor bestemmes

Breve og andre forsendelser til skyldnerne på adressen, Strandvejen 12, 4532 Gislinge skal udleveres til kurator.

Kurator giver meddelelse til skifteretten, hvis skyldner ejer fast ejendom, som der ikke allerede er tinglyst konkursbehandling på.

Skifteretten indrykker annonce i Statstidende og underretter fogedretten, Erhvervs- og Selskabsstyrelsen og Skattecenter Maribo samt iværksætter postspærring.
Kurator underretter de bekendte kreditorer.

Sagen udsat.

Skifteretten hævet.

Iben Fuglsang Svendsen
Dommerfuldmægtig

Udskriftens rigtighed bekræftes.
Retten i Holbæk, den 28. juni 2010.

Iben Fuglsang Svendsen, Dommerfuldmægtig

Exhibit D

# HOLBÆK COURT HOUSE

HOLBÆK COURT HOUSE
DENMARK'S COURT OF JUSTICE
(official stamp)

**Transcript of the records of the court**


On June 28, 2010 at 9:00 AM the Bankruptcy Court was set by Deputy Judge Iben Fuglsang Svendsen.

The following proceedings were undertaken:
SKS 50-200/2010
SKS 50-201/2010

Petition for liquidation proceedings by

Skœlskør Bank Corporation
Ringgade 70 C
4200 Slagelse

against

Susanne Olsen
Strandvejen 12
4532 Gislinge

Thor Olsen
Strandvejen 12
4532 Gislinge

No witnesses were summoned or appeared in court.

The exhibits of the case were at hand.

Skœlskør Bank Corporation is required to immediately set up a collateral of DKK 30,000.00 for the expenses regarding the bankruptcy proceedings. This amount has to be paid into the account of the Trustee.

At 9:00 AM,

**the findings of the Court were as follows:**

Susanne and Thor Olsen were summoned for a meeting on June 23, 2010 in the Government Gazette. In spite of an agreement by telephone, they had not submitted a medical certificate

stating why they were unable to appear in court on June 23, 2010 nor given any other legal reason for their absence.

Furthermore, as Susanne and Thor Olsen's assets are encumbered with debt, according to the available facts, the Bankruptcy Court finds that the insolvency conditions are met.

**Therefore the ruling is:**

that bankruptcy proceedings against Susanne Olsen and Thor Olsen will be initiated.

The Bankruptcy Court nominated Michala Roepstorff, Plesner, Attorneys-At-Law, Amerika Plads 37, 2100 Copenhagen Ø, case no. 70056781/MIR/TIM as Trustee of the proceedings.

The Bankruptcy Court found that the conditions in Clause 238 of the Law Regarding Collection of Debts have been met, and that public liability insurance of adequate size had been taken out of for the trustee, according to the Law of Bankruptcy Proceedings, Clause 111, Section 2.

Until further notice the Trustee is exempt from putting up a collateral for the loss of the estate, according to the Law of Bankruptcy Proceedings, Clause 111, Section 1. If the Trustee becomes aware that she will get assets in her possession, she must immediately contact the Bankruptcy Court.

Furthermore, as stoppage of mail has to be of significance to the Trustee,

**the findings of the Court were as follows:**

Letters and other items of mail to the debtors at the address of Strandvejen 12, 4532 Gislinge must be delivered to the Trustee.

The Trustee must notify the Bankruptcy Court if the debtors are in possession of any real estate that have not already been registered for bankruptcy proceedings.

The Bankruptcy Court will insert a notice regarding the case in the Government Gazette. The Bankruptcy Court will also notify the Sheriff, the Commerce and Companies Agency, and the Revenue Department in Maribo, as well as initiate stoppage of mail.
The Trustee will notify the known creditors.

Until further notice, the case is pending.

Bankruptcy Court is adjourned.

(Signature)
Ibsen Fuglsang Svendsen,
Deputy Judge

I hereby certify that the transcript above is correct and complete.
Holbæk Court House, June 28, 2010

(Signature)
Ibsen Fuglsang Svendsen, Deputy Judge